**IT IS ORDERED as set forth below:**



Date: February 3, 2015

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| Mary Grace Gagaza Anderson, ) | |
| Debtor. ) | CASE NO. 14-22791 -JRS |
| ) | |
| ) | |

### CONSENT ORDER VACATING ORDER OF DISMISSAL

On January 26, 2015, Debtor filed a Motion to Reconsider the Order of Dismissal in this case (Doc. No. 22) ("Motion"), upon proper notice. The Chapter 13 Trustee consented to the Motion contemporaneously with the acceptance of full payment of Debtor's filing fees. No creditors have opposed the Motion and with the consent of the Chapter 13 Trustee, it is hereby

ORDERED that Debtor's Motion is **granted**: the Order of Dismissal entered of record January 20, 2015 is **vacated**.

**[END OF DOCUMENT]**

*Signatures on the Following Page*

Prepared by:

\_\_\_/s/_____

Rushi Patel
GA Bar No. 791855
King & King Law LLC
215 Pryor Street
Atlanta, GA  30303
(404) 524-6400
notices@kingkingllc.com
Attorney for Debtor


No Opposition by:

\_\_\_\_\_/s/_____ *with express permission*
Eric W. Roach, Staff Attorney
Office of Nancy J. Whaley, Chapter 13 Trustee
GA Bar No. 143194
303 Peachtree Center Av.
Suntrust Garden Plaza
Suite 120
Atlanta, GA  30303


## DISTRIBUTION LIST


King & King Law LLC
215 Pryor Street
Atlanta, GA  30303

Mary Grace Gagaza Anderson
3611 Sydney Harbor Lane
Cumming, GA 30040

Nancy J. Whaley
303 Peachtree Center Av,
Suntrust Garden Plaza, Suite 120
Atlanta, GA 30303

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

Antio, LLC
c/o Weinstein and Riley PS
2001 Western Ave, Ste 400
Seattle, WA 98121

AT & T
PO Box 537104
Atlanta, GA 30353

Bank Of America
Po Box 982235
El Paso, TX 79998

Bridgetown Community Association Inc
c/o GW & Assoc Inc
1585 Old Norcross Rd, Ste 101
Lawrenceville, GA 30046

Bridgetowne Community Associations Inc
c/o Marian Adelmy
Andersen, Tate & Carr, PC
1960 Satellite Blvd Suite 400
Duluth GA 30097

Cap One
26525 N Riverwoods Blvd
Mettawa, IL 60045

Chase
Po Box 15298
Wilmington, DE 19850

Citibank Usa
Citicorp Credit Services/Attn:Centralize
Po Box 20507
Kansas City, MO 64195

Comcast
2995 Courtyard Drive
Norcross, GA 30092

Credit One Bank
Po Box 98873
Las Vegas, NV 89193

Crestview Animal Hospital
307 Pilgrim Mill Rd
Cumming, GA 30040

Cumming Elementary School
540 Dahlonega Street
Cumming, GA 30040

Department of Labor
1551 Juliette Rd.
Stone Mountain, GA 30086

Directv
P.O.Box 78627
Phoenix, AZ 85062

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040

FIA Card Services
P.O. Box 17054
Wilmington, DE 19884

Ga Department of Revenue
PO Box 161108
Atlanta, GA 30321

Gecrb/ashley Homestore
950 Forrer Blvd
Kettering, OH 45420

Georgia Power
150 E. Ponce De Leon Ave
Decatur, GA 30030

IRS
Centralized Insolvency Opera
P.O. Box 7346
Philadelphia, PA 19101-7346

Kia Motors Finance
10550 Talbert Avenue
Founatin Valley, CA 92708

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

Kroger
2620 Elm Hill Drive
Nashville, TN 37214

Lifetime Fitness
1823 N. Brown Rd NW
Lawrenceville, GA 30043

Macys
P.O. Box 4564
Carol Stream, IL 60197-4564

Monitronics
1355 LaSalle Street
Dept. 8628
Chicago, IL 60674-8628

North Fulton OBGYN
1305 Hambree Rd
Roswell, GA 30076

Portfolio Recovery Associates
P.O. Box 41067
Norfolk, VA 23541

Sears/cbna
Po Box 6189
Sioux Falls, SD 57117

State Home Mortgage
60 Executive Park South
Atlanta, GA 30329

T-MOBIL
PO Box 412596
Cincinnati, OH 45274

Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440

U. S. Attorney
600 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta GA 30303

United Consumer Financial Services
865 Bassett Rd
Westlake, OH 44145

United Consumer Financial Services
Bass & Associates, P.C.
3936 E. Ft. Lowell Suite 200
Tucson, AZ 85712

Us Dept Of Ed/glelsi
Po Box 7860
Madison, WI 53707

Us Dept Of Education
Attn: Borrowers Service Dept
Po Box 5609
Greenville, TX 75403

Verizon
12901 World Gate Drive
Herndon, VA 20170

Vonage
23 Main Str
Holmdel, NJ 07733

Wells Fargo Card Ser
1 Home Campus
3rd Floor
Des Moines, IA 50328